IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FUNDACION TELETON USA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALORICA, INC.,<br><br>    Defendant. | 8:24CV117<br><br>ORDER TO SHOW CAUSE |

  The records of the court show that on April 1, 2024, (Filing No. 29), a letter was sent to attorney Joseph Lawrence Korbel from the Office of the Clerk directing him to register for admission to practice in this court and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System").

  As of May 28, 2024, attorney Joseph Lawrence Korbel has not complied with the Clerk's letter.

  Accordingly,

  IT IS ORDERED,

  On or before June 11, 2024, attorney Joseph Lawrence Korbel must register for admission and for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

  Dated this 28th day of May, 2024.

                SIGNED:

                s/ Kate O. Rahel
                Appointed Special Master