IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FUNDACION TELETON USA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALORICA, INC.,<br><br>           Defendant. | 8:24CV117<br><br>**ORDER TO SHOW CAUSE** |

      The records of the court show that on April 1, 2024, (Filing No. 28), a letter was sent to attorney Courtney R. Gaines from the Office of the Clerk directing her to register for admission to practice in this court and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System").

      As of May 28, 2024, attorney Courtney R. Gaines has not complied with the Clerk's letter.

      Accordingly,

      IT IS ORDERED,

      On or before June 11, 2024, attorney Courtney R. Gaines must register for admission and for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

      Dated this 28th day of May, 2024.

                                                                                                  SIGNED:

                                                                                                  s/ Kate O. Rahel_____
                                                                                                  Appointed Special Master