IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FUNDACION TELETON USA,<br><br>            Plaintiff,<br><br>   vs.<br><br>ALORICA, INC.,<br><br>            Defendant. | 8:24CV117<br><br>ORDER TO SHOW CAUSE |

The records of the court show that on April 1, 2024, (Filing No. 27), a letter was sent to attorney Ricardo G. Cedillo from the Office of the Clerk directing him to register for admission to practice in this court and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System").

As of May 28, 2024, attorney Ricardo G. Cedillo has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED,

On or before June 11, 2024, attorney Ricardo G. Cedillo must register for admission and for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 28th day of May, 2024.

                              SIGNED:

                              s/ Kate O. Rahel
                              Appointed Special Master