IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FUNDACION TELETON USA,<br><br>Plaintiff,<br><br>vs.<br><br>ALORICA, INC.,<br><br>Defendant. | 8:24CV117<br><br>SECOND AMENDED FINAL PROGRESSION ORDER |

This matter comes before the court on the Joint Motion to Extend Final Progression Order Deadlines. (Filing No. 111). For good cause shown, that motion is granted.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The deadlines for complete expert disclosures for Plaintiff's rebuttal experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is **September 26, 2025.**

2) The deadline for filing motions to compel relating only the preserved issues addressed in the prior discovery conferences held on June 12, 2025, and July 18, 2025, is **September 26, 2025.**

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **November 21, 2025.**

4) The deadline for filing motions to dismiss and motions for summary judgment is **January 16, 2026**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **February 20, 2026**.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report and previous progression orders that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 28th day of July, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge